TROUTMAN PEPPER
HAMILTON SANDERS LLP
Jared D. Bissell, Bar No. 272687
jared.bissell@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr.
Cooper (*erroneously sued as Nationstar Mortgage DBA Mr. Cooper*) and US Bank NA, As Trustee for Structured Adjustable-Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENNETH HALL and JENNIFER HALL,<br><br>              Plaintiffs,<br><br>     v.<br><br>NATIONSTAR MORTGAGE DBA MR. COOPER; US BANK NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE-RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19XS; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 5:24-cv-02549<br><br>**NOTICE OF ERRATA REGARDING NOTICE OF REMOVAL AND REQUEST TO DISMISS** |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On December 2, 2024, Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper (*erroneously sued as Nationstar Mortgage DBA Mr. Cooper*) ("Nationstar") and US Bank NA, As Trustee for Structured Adjustable-Rate Mortgage Loan Trust,

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

Mortgage Pass-Through Certificates, Series 2005-19XS ("US BANK" collectively with Nationstar, "Defendants"); filed its Notice of Removal and removed this action from the Superior Court of the State of California for the County of Riverside to the United States District Court for the Central District of California. Dkt. No. 1.

Due to a clerical error, Defendants failed to notice that a Request for Dismissal in the Superior Court of California for the County of Riverside was filed on November 5, 2024, by Plaintiffs, Kenneth Hall and Jennifer Hall ("Plaintiffs"), and therefore, this matter has been dismissed. A true and correct copy of the Request for Dismissal is attached hereto as Exhibit 1.

Defendants' counsel was not served with the Request for Dismissal because neither Defendants nor counsel had yet appeared in the action.

Given the November 5, 2024, dismissal, there was no active case to remove to the United States District Court for the Central District of California, and Defendants request the Court dismiss the instant matter in accordance with the terms of Plaintiffs' Request for Dismissal.

Dated: December 2, 2024

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ Jared D. Bissell*

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper (*erroneously sued as Nationstar Mortgage DBA Mr. Cooper*) and US Bank NA, As Trustee for Structured Adjustable-Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

## CERTIFICATE OF SERVICE

I, Jared D. Bissell, declare:

I am a citizen of the United States and am employed in San Diego, California. I am over the age of 18 and not a party to the within action; my business address is 11682 El Camino Real, Suite 400, San Diego, CA 92130.

I hereby certify that on December 2, 2024, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

I further certify that a copy of the foregoing was served via email and overnight mail on the following counsel:

| | |
|---|---|
| Tony Cara, Esq.<br>CDLG, PC<br>2973 Harbor Boulevard, Suite 594<br>Costa Mesa, CA 92626-3912<br>Litigation.CDLG@gmail.com<br><br>*Attorney for Plaintiffs* | |

I declare that I am employed in the office of a member of the bar at whose direction the service was made. Executed on December 2, 2024, at San Diego, CA.

*/s/ Jared D. Bissell*

# EXHIBIT 1

Electronically FILED by Superior Court of California, County of Riverside on 11/05/2024 04:25 AM
Case Number CVME2404100 0000110442403 - Jason B. Galkin, Executive Officer/Clerk of the Court By Evelin Aldana, Clerk

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| CDLG, PC; Tony Cara, Esq. SBN 170720<br>2973 Harbor Blvd, Suite 594, Costa Mesa, CA 92626<br>TELEPHONE NO.: 888-615-6765        FAX NO. *(Optional):* 888-660-8874<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs KENNETH HALL; JENNIFER HALL | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riverside
STREET ADDRESS: 27401 Menifee Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Menifee, CA 92584
BRANCH NAME:

PLAINTIFF/PETITIONER: KENNETH HALL; JENNIFER HALL

DEFENDANT/RESPONDENT: NATIONSTAR MORTGAGE; et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: CVME2404100 |
|---|---|

| A conformed copy will not be returned by the clerk unless a method of return is provided with the document. |
|---|

| This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.) |
|---|

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☑ Complaint    (2) ☐ Petition
     (3) ☐ Cross-complaint filed by *(name):*          on *(date):*
     (4) ☐ Cross-complaint filed by *(name):*          on *(date):*
     (5) ☑ Entire action of all parties and all causes of action
     (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☑ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 11/5/24

Tony Cara, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ *Tony Cara*
(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶
(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross-Complainant

*(To be completed by clerk)*

4. ☒ Dismissal entered as requested on *(date):* 11/05/2024

5. ☐ Dismissal entered on *(date):*       as to only *(name):*

6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☒ Attorney or party without attorney notified on *(date):* 11/06/2024
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
       ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 11/06/2024          Clerk, by _____ , Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>*www.courts.ca.gov* |
|---|---|---|

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: KENNETH HALL; JENNIFER HALL<br>DEFENDANT/RESPONDENT: NATIONSTAR MORTGAGE; et al. | CASE NUMBER:<br>CVME2404100 |

> ## COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS
>
> If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1.  The court waived court fees and costs in this action for *(name):*

2.  The person named in item 1 is (*check one below):*
    a. ☐ not recovering anything of value by this action.
    b. ☐ recovering less than $10,000 in value by this action.
    c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____        ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 1503 South Coast Drive#100B, Costa Mesa, CA 92626.

On the date set forth below, I served the following document described as: **REQUEST FOR DISMISSAL** on all interested parties in this action by placing [X] a true copy [  ] the original thereof enclosed in sealed envelopes addressed as follows:

| NAME & ADDRESS OF ATTORNEY | PHONE NUMBER | ATTORNEY FOR |
|---|---|---|
| CSC Lawyers<br>2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833 | | Defendant |

[X ]     (BY FACSIMILE) the facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e) (4), I caused the machine to print a record of the transaction.

**[X]**     (BY MAIL, 1013a, 2015.5 C.C.P.)
     [  ]     I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.
**[X]**     I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]     (STATE**)** I declare under penalty of perjury under the laws of the State of California that  the above is true and correct.

[  ]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 27, 2024, in Costa Mesa, California,

_____
AMANDA RUIZ

1
PROOF OF SERVICE